UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                        :
   LORI A. KIPIKASA              :        Chapter 13
                                              :
       Debtor :        Bankruptcy No. 5-17-04847 RNO

**DEBTOR'S STATEMENT OF UNPAID DEBTS INCURRED
AFTER COMMENCEMENT OF BANKRUPTCY PROCEEDING
AND BEFORE CONVERSION TO CHAPTER 7
PURSUANT TO BANKRUPTCY RULE 1019**

The undersigned Debtor certifies to the Chapter 7 Trustee that they have not incurred any additional unpaid debts after the commencement of her chapter 13 proceeding and prior to the conversion of her chapter 13 proceeding to a chapter 7 proceeding.

Dated: 1/25/18

                                                       */s/ Lori A. Kipikasa*
                                                       Lori A. Kipikasa