```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 17-04847-RNO
Lori A. Kipikasa                                                        Chapter 7
                Debtor
                               CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach                Page 1 of 2           Date Rcvd: Jun 22, 2018
                              Form ID: 318                 Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
```
db             +Lori A. Kipikasa,    40 Eurana Avenue,    Weatherly, PA 18255-1528
cr             +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
4995557        +Debt Recovery Solutions,    6800 Jericho Tpke.,    Suite 113F,    Syosset, NY 11791-4401
4995559        +Hamilton Law Group,    P. O. Box 90301,    Allentown, PA 18109-0301
4995560         Hazleton General & Osteopathic,    P. O. Box 1388,    Kingston, PA 18704-0379
4995561         Hazleton Imaging,    101 S. Church St.,    Hazleton, PA 18201-6279
4995564         Law Offices of Tony Ross,    126 S. Main St.,    Pittston, PA 18640-1793
4995565        +Lehigh Valley Health Network,    700 E. Broad St.,    Hazleton, PA 18201-6835
4995568        +Nationstar Mortgage,    P. O. Box 619094,    Dallas, TX 75261-9094
4995572         PNC Bank,   P. O. Box 5570,    Cleveland, OH 44101-0570
4995571         PNC Bank,   P. O. Box 1366,    Pittsburgh, PA 15230-1366
4995574         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5001781         Palmerton Community Ambulance Assoc,    c/o Hamilton Law Group,    PO Box 90301,
                 Allentown, PA 18109-0301
4995569         Penn Credit,    P. O. Box 988,    Harrisburg, PA 17108-0988
4995570        +Penn Credit Corporation,    916 S. 14th St.,    Harrisburg, PA 17104-3425
4995575         Quest Diagnostics,    P. O. Box 740775,    Cincinnati, OH 45274-0775
4995577        +Trident Asset Management,    P. O. Box 888424,    Atlanta, GA 30356-0424
4999484        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
5013950        +U.S. Dept. of HUD,    451 Seventh St. SW,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: wschwab@iq7technology.com Jun 22 2018 19:00:12      William G Schwab (Trustee),
                 William G Schwab and Associates,    811 Blakeslee Blvd Drive East,    PO Box 56,
                 Lehighton, PA 18235-0056
4995552        +EDI: AMEREXPR.COM Jun 22 2018 23:03:00      American Express,    P. O. Box 981537,
                 El Paso, TX 79998-1537
4995553         EDI: CAPITALONE.COM Jun 22 2018 23:04:00      Capital One,    P. O. Box 30285,
                 Salt Lake City, UT 84130-0285
4995554        +E-mail/Text: bankruptcy@cavps.com Jun 22 2018 19:00:05      Cavalry Portfolio Services,
                 500 Summit Lake Dr.,    Suite 400,    Valhalla, NY 10595-2322
4995555        +EDI: CITICORP.COM Jun 22 2018 23:04:00      Citibank,    P. O. Box 6500,
                 Sioux Falls, SD 57117-6500
4995556         EDI: RCSFNBMARIN.COM Jun 22 2018 23:03:00      Credit One Bank,    P. O. Box 98873,
                 Las Vegas, NV 89193-8873
4995558        +EDI: DISCOVER.COM Jun 22 2018 23:03:00      Discover Financial Services,    P. O. Box 15316,
                 Wilmington, DE 19850
4999503         EDI: DISCOVER.COM Jun 22 2018 23:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
4995563        +EDI: RMSC.COM Jun 22 2018 23:04:00      J C Penney,    Synchrony Bank,    P. O. Box 965007,
                 Orlando, FL 32896-5007
4995562         EDI: RMSC.COM Jun 22 2018 23:04:00      J C Penney,    Synchrony Bank,    P. O. Box 965060,
                 Orlando, FL 32896-5060
4995566        +EDI: MID8.COM Jun 22 2018 23:03:00      Midland Credit Management Inc.,
                 2365 Northside Dr., Ste. 300,    San Diego, CA 92108-2709
4995567        +EDI: MID8.COM Jun 22 2018 23:03:00      Midland Funding LLC,    2365 Northside Dr.,    Suite 300,
                 San Diego, CA 92108-2709
5004974        +EDI: MID8.COM Jun 22 2018 23:03:00      Midland Funding, LLC,
                 Midland Credit Management Inc as agent,    Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
4995573         EDI: PRA.COM Jun 22 2018 23:03:00      Portfolio Recovery Associates LLC,    120 Corporate Blvd.,
                 Norfolk, VA 23502
4996153        +EDI: PRA.COM Jun 22 2018 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4995576         E-mail/Text: bankruptcy@remitcorp.com Jun 22 2018 19:00:01      Remit Corporation,
                 36 W. Main St.,    Bloomsburg, PA 17815
4995578         EDI: VERIZONCOMB.COM Jun 22 2018 23:04:00      Verizon,    P. O. Box 28000,
                 Lehigh Valley, PA 18002-8000
4995579        +EDI: RMSC.COM Jun 22 2018 23:04:00      Wal-Mart,    Synchrony Bank,    P. O. Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              David S. Gellert    on behalf of Debtor 1 Lori A.  Kipikasa dsgrdg@ptdprolog.net
              James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                  TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lori A. Kipikasa** | Social Security number or ITIN xxx−xx−6203 |
| | First Name   Middle Name   Last Name | EIN  __−_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN  __−_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:17−bk−04847−RNO | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lori A. Kipikasa

**By the court:**

June 22, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: CKovach, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**